UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NOEL THOMAS LALLY | § | Case No. 2:17-bk-14018-DPC |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric M. Haley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 419,085.36                    Assets Exempt: 167,950.00
*(Without deducting any secured claims)*


Total Distributions to Claimants: 3,824.39      Claims Discharged
                                                Without Payment: 805,112.23


Total Expenses of Administration: 6,266.11

---

3) Total gross receipts of $10,099.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $9.30 (see **Exhibit 2**), yielded net receipts of $10,090.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $518,365.56 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,266.11 | 6,266.11 | 6,266.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,000.00 | 117,963.40 | 117,963.40 | 3,824.39 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 141,180.29 | 37,481.60 | 37,481.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $689,545.85 | $161,711.11 | $161,711.11 | $10,090.50 |

4) This case was originally filed under chapter 7 on 11/27/2017. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2020     By: /s/Eric M. Haley
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1442 E. MONTE VISTA RD. PHOENIX AZ 85006-0000 MARICOPA | 1110-000 | 10,000.00 |
| APPROXIMATELY 90.68% OF POTENTIAL 2017 TAX REFUNDS, INCLUDI | 1124-000 | 99.80 |
| **TOTAL GROSS RECEIPTS** | | **$10,099.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| U.S. BANKRUPTCY COURT | Non-Estate Funds Paid to Third Parties | 8500-002 | 9.30 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$9.30** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ironwood at Tomahawk, c/o Brown Community Management 7255 E. Hampton Ave., #101 Mesa, AZ 85209 | | 0.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing, LLC, Attn: Bankruptcy 1661 Worthington Rd., Ste. 100 West Palm Bch, FL 33409 | | 148,651.00 | NA | NA | 0.00 |
| | Specialized Loan Servicing, LLC, 8745 Lucent Blvd., #300 Littleton, CO 80129 | | 185,696.44 | NA | NA | 0.00 |
| | Specialized Loan Servicing, LLC, Attn: Bankruptcy PO Box 636005 Littleton, CO 80163 | | 137,561.61 | NA | NA | 0.00 |
| | USAA Federal Savings Bank, 10750 McDermott Freeway San Antonio, TX 78288-0570 | | 46,456.51 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$518,365.56** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ERIC M. HALEY | 2100-000 | NA | 1,759.05 | 1,759.05 | 1,759.05 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ERIC M. HALEY | 2200-000 | NA | 7.06 | 7.06 | 7.06 |
| LANE & NACH P. C. | 3210-000 | NA | 4,402.99 | 4,402.99 | 4,402.99 |
| LANE & NACH P. C. | 3220-000 | NA | 97.01 | 97.01 | 97.01 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $6,266.11 | $6,266.11 | $6,266.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arizona Department of Revenue, c/o Tax, Bankruptcy, and Collections 1275 W. Washington Ave. Phoenix, AZ 85007 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | 0.00 | NA | NA | 0.00 |
| 3 | AUDREY LALLY | 5100-000 | 30,000.00 | 117,963.40 | 117,963.40 | 3,824.39 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$30,000.00** | **$117,963.40** | **$117,963.40** | **$3,824.39** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, NC4-105-03-14 PO Box 26012 Greensboro, NC 27410 | | 17,639.41 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank | Citicorp Credit Services, Attn: Centralized Bankruptcy Po Box 790040 Saint Louis, MO 63179 | | 10,899.49 | NA | NA | 0.00 |
| | Defense Finance & Accounting Service, Debt & Claims Dept. 8899 E. 56th St.; Dept. 3300 Indianapolis, IN 46249-3300 | | 14,165.87 | NA | NA | 0.00 |
| | Delivery Financial Services, LLC, 7077 E. Bell Rd. Scottsdale, AZ 85254 | | 144.00 | NA | NA | 0.00 |
| | Gary R. Stickell, Attorney at Law, P.C., 301 E. Bethany Home Rd., Ste. B100 Phoenix, AZ 85012 | | 350.00 | NA | NA | 0.00 |
| | Gateway One Lending & Finance, 160 N. Riverview Drive, Suite 100 Anaheim, CA 92808 | | 0.00 | NA | NA | 0.00 |
| | Law Offices of Janice M. Palmer, P.C., 2420 W. Ray Rd., Ste. 1 Chandler, AZ 85224-3548 | | 16,918.84 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Navient Loan Servicing, PO Box 9635 Wilkes Barre, PA 18773-9635 | | 14,398.00 | NA | NA | 0.00 |
| | Pentagon Federal Credit Union, PO Box 1432 Alexandria, VA 22313 | | 46,175.00 | NA | NA | 0.00 |
| | Premier Emergency Medical Specialists, PO Box 96328 Oklahoma City, OK 73143-6328 | | 524.00 | NA | NA | 0.00 |
| | USAA Federal Savings Bank, 9441 LBJ Freeway, Suite 350 Dallas, TX 75243 | | 13,911.45 | NA | NA | 0.00 |
| 5 | BANK OF AMERICA, N.A. | 7100-000 | NA | 17,466.51 | 17,466.51 | 0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,210.00 | 1,210.68 | 1,210.68 | 0.00 |
| 4 | USAA SAVINGS BANK | 7100-000 | NA | 14,052.33 | 14,052.33 | 0.00 |
| 2 | WELLS FARGO BANK, N.A. | 7100-000 | 4,844.23 | 4,752.08 | 4,752.08 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $141,180.29 | $37,481.60 | $37,481.60 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-14018 | DPC | Judge: | Daniel P. Collins | Trustee Name: | Eric M. Haley |
|---|---|---|---|---|---|---|
| Case Name: | NOEL THOMAS LALLY | | | | Date Filed (f) or Converted (c): | 11/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 01/02/2018 |
| For Period Ending: | 02/10/2020 | | | | Claims Bar Date: | 04/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1442 E. MONTE VISTA RD. PHOENIX AZ 85006-0000 MARICOPA | 299,000.00 | 0.00 | | 10,000.00 | FA |
| 2. 1925 E. 39TH AVE. APACHE JUNCTION AZ 85119-0000 PINAL | 228,044.00 | 0.00 | OA | 0.00 | FA |
| 3. 221 MESILLA VIEW DR. CHAPARRAL NM 88081-0000 DONA ANA | 139,500.00 | 0.00 | OA | 0.00 | FA |
| 4. 2004 FORD F150 MILEAGE: 151K - KELLEY BLUE BOOK PRIVATE PART | 5,456.00 | 5,456.00 | | 0.00 | FA |
| 5. MISCELLANEOUS HOUSEHOLD GOODS & FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS SMALL CONSUMER ELECTRONICS | 300.00 | 0.00 | | 0.00 | FA |
| 7. GOLF CLUBS | 50.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 9. WATCH | 20.00 | 0.00 | | 0.00 | FA |
| 10. BANK OF AMERICA | 93.84 | 0.00 | | 0.00 | FA |
| 11. US BANK | 100.00 | 0.00 | | 0.00 | FA |
| 12. PENFED CREDIT UNION | 5.00 | 0.00 | | 0.00 | FA |
| 13. RAPID RESCUE, LLC | 0.00 | 5,000.00 | | 0.00 | FA |
| 14. JOHN HANCOCK, THE TRUSTEES OF GOLD CANYON INTERNATIONAL, LLC | 12,967.07 | 0.00 | | 0.00 | FA |
| 15. FERS | 40,199.45 | 0.00 | | 0.00 | FA |
| 16. APPROXIMATELY 90.68% OF POTENTIAL 2017 TAX REFUNDS, INCLUDI | 7,740.22 | 7,740.22 | | 99.80 | FA |
| 17. SERVICEMEMBERS' GROUP LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 18. USAA (VEHICLE & HOMEOWNER'S INSURANCE) | 0.00 | 0.00 | | 0.00 | FA |
| 19. TRI-CARE (HEALTH & DENTAL INSURANCE) | 0.00 | 0.00 | | 0.00 | FA |
| 20. DESK, CHAIR, COMPUTER, MONITOR, PRINTER | 800.00 | 0.00 | | 0.00 | FA |
| 21. OWED FROM EX-SPOUSE UNDER DIVORCE DECREE (u) | 7,000.00 | 7,000.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $743,775.58 | $25,196.22 | $10,099.80 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Issued final distribution to claims; ready for TDR when $0-balance estate bank stmt is available - Eric Haley 12/4/2019
Lodged proposed order approving admin fee app for final distribution permission - Eric Haley 12/3/2019
UST approved and filed TFR - Eric Haley 10/31/2019
TFR transmitted to UST for review and filing - Eric Haley 10/14/2019
QUARTERLY REVIEW: TFR ready for review and submission to UST - Eric Haley 9/13/2019
Claims reviewed - Xiomara Rodgers 10/10/2019
Final fee app paid; unclaimed funds paid to Court; ready for claims review and TFR - Eric Haley 9/17/2019
QUARTERLY REVIEW: Ready for claims review and TFR; ttee atty to file final fee app - Eric Haley 9/13/2019
QUARTERLY REVIEW: May 6 sale hearing set - Eric Haley 4/19/2019
QUARTERLY REVIEW: Debtor's relatives moved into house; DSO claimant proposes to pay off first lien and $10K to estate so Ttee can file sale Motion; then buyer will evict - Eric Haley 1/24/2019
Issued Debtor share of 2017 tax refunds - Eric Haley 10/6/2018
QUARTERLY REVIEW: Carve-out deal to sell debtor's homestead, payoff first lien with rest to go to DSO claim and $10K to admin and general unsecured claims; issue debtor share of tax refunds collected - Eric Haley 10/5/2018
Ex-wife owed back support, which would offset anything owed to Debtor in way of property settlement; tax returns, even if past exemptions used, would not generate a refund because Debtor did not meet income threshold; deal in works to carve out funds from sale of Debtor's residence using ex's DSO claim - Eric Haley 9/7/2018
QUARTERLY REVIEW: attempting to collect $7K owed from ex under divorce decree; reviewing tax returns for proper use of available deductions - Eric Haley 7/6/2018
Rec'd 2017 tax returns and refund from the IRS; refund is markedly lower than previous years, and a review of the returns and divorce decree suggests Debtor may have improperly omitted dependents causing it to be substantially lower than expected; investigating with trustee attorney assistance - Eric Haley 6/1/2018
Sent Demand Letter for 2017 Tax Return/Refund - Jean LaCloche 5/1/2018
Investigating Debtor's business for estate value; investigating rental properties for estate value; continue holding for 2017 income tax returns/refunds - Eric Haley 2/13/2018
Tax Intercept Ltr sent to IRS - Jean LaCloche 1/4/2018
Hold for 2017 tax returns/refunds - Jean LaCloche 1/4/2018
Request for continuance granted: 2/12/2018 @ 12 PM - Eric Haley 12/21/2017


Initial Projected Date of Final Report (TFR): 12/31/2018      Current Projected Date of Final Report (TFR): 12/31/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-14018 | Trustee Name: | Eric M. Haley | |
| Case Name: | NOEL THOMAS LALLY | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX5776 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7882 | Blanket Bond (per case limit): | $0.00 | |
| For Period Ending: | 02/10/2020 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/18 | 16 | UNITED STATES TREASURY | 2017 FED INCOME TAX REFUND | 1124-000 | $5.80 | | $5.80 |
| 07/25/18 | 16 | STATE OF ARIZONA | 2017 STATE INCOME TAX REFUND | 1124-000 | $94.00 | | $99.80 |
| 10/06/18 | 101 | NOEL THOMAS LALLY<br>2925 E. RIGGS RD., #8242<br>CHANDLER, AZ 85249 | DEBTOR SHARE 2017 INCOME TAX REFUNDS | 8500-002 | | $9.30 | $90.50 |
| 11/05/18 | | Transfer to Acct # xxxxxx0816 | Transfer of Funds | 9999-000 | | $90.50 | $0.00 |
| 02/27/19 | 101 | NOEL THOMAS LALLY<br>2925 E. RIGGS RD., #8242<br>CHANDLER, AZ 85249 | DEBTOR SHARE 2017 INCOME TAX REFUNDS Reversal<br>Stop pay and fund transfer initiated via letter to bank representative. | 8500-000 | | ($9.30) | $9.30 |
| 02/27/19 | 102 | Estate of NOEL THOMAS LALLY,17-14018 | TRANSFER ESTATE CASH ON HAND | 9999-000 | | $9.30 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $99.80 | $99.80 |
| Less: Bank Transfers/CD's | $0.00 | $99.80 |
| Subtotal | $99.80 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $99.80 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-14018
Case Name: NOEL THOMAS LALLY
Taxpayer ID No: XX-XXX7882
For Period Ending: 02/10/2020

Trustee Name: Eric M. Haley
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0816
Checking
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/18 | | Transfer from Acct # xxxxxx5776 | Transfer of Funds | 9999-000 | $90.50 | | $90.50 |
| 02/28/19 | | Estate of NOEL THOMAS LALLY, 17-14018 | TRANSFER ESTATE CASH ON HAND | 9999-000 | $9.30 | | $99.80 |
| 06/07/19 | 1 | SECURITY TITLE AGENCY ESCROW TRUST ACCOUNT 4722 N 24TH ST STE 200 PHOENIX, AZ 85016 | PRIORITY CREDITOR CARVE-OUT TO ESTATE | 1110-000 | $10,000.00 | | $10,099.80 |
| 09/17/19 | 2001 | LANE & NACH P. C. 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 | TRUSTEE ATTORNEY FEES & COSTS | | | $4,500.00 | $5,599.80 |
| | | LANE & NACH P. C. | | ($4,402.99) | 3210-000 | | |
| | | LANE & NACH P. C. | | ($97.01) | 3220-000 | | |
| 09/17/19 | 2002 | U.S. BANKRUPTCY COURT 230 N 1ST AVE, STE. 101 PHOENIX, AZ 85003 | UNCLAIMED FUNDS OWED TO DEBTOR | 8500-002 | | $9.30 | $5,590.50 |
| 12/04/19 | 2003 | ERIC M. HALEY PO BOX 13390 SCOTTSDALE, AZ 85267 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $1,759.05 | $3,831.45 |
| 12/04/19 | 2004 | ERIC M. HALEY PO BOX 13390 SCOTTSDALE, AZ 85267 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $7.06 | $3,824.39 |
| 12/04/19 | 2005 | AUDREY LALLY 2309 E. LYNWOOD STREET MESA AZ 85213 | Final distribution to claim 3 creditor account # representing a payment of 3.24 % per court order. | 5100-000 | | $3,824.39 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,099.80 | $10,099.80 |
| Less: Bank Transfers/CD's | $99.80 | $0.00 |
| Subtotal | $10,000.00 | $10,099.80 |

|  |  |  |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,099.80 |

Exhibit 9

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0816 - Checking | $10,000.00 | $10,099.80 | $0.00 |
| XXXXXX5776 - Checking | $99.80 | $0.00 | $0.00 |
| | $10,099.80 | $10,099.80 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,099.80 |
| Total Gross Receipts: | $10,099.80 |